**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CASE NO:  CR-1-01-032** |
| **vs.** | ) | |
| | ) | |
| **KARICKO TUNSTALL,** | ) | **JUDGE WEBER** |
| | ) | |
| **SSN: XXX-XX-7974** | ) | |
| **Defendant,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **Thyssen Krupp Bilstein of America** | ) | |
| | ) | |
| **Garnishee.** | ) | |

## APPLICATION FOR A WRIT OF CONTINUING GARNISHMENT

Now comes the United States of America by its representative the United States Attorney

for the Southern District of Ohio and for its cause of action alleges:

1.      Plaintiff, United States of America, pursuant to Title 28 U.S.C. §3205 (b)(1), requests

the issuance of a Writ of Continuing Garnishment against certain property of the Defendant, Karicko

Tunstall , also referred to as "debtor" or "judgment debtor" which is (or may become) in the

possession, custody or control of Thyssen Krupp Bilstein of America, Garnishee herein, for

satisfaction of the monies owed by said Defendant, to the United States of America upon the

judgment entered against the Defendant in the above-captioned case.

2.      This debt arises from the April 15, 2002 judgment entered in favor of the Plaintiff

against Defendant in  Action No. CR-1-01-032.  The amount of said judgment debt that remains

unpaid and due and owing is:  $493.75 ($375.00 principal and $118.75 penalties) as of November

29, 2006. Plaintiff further requests that it be allowed to recover as part of this garnishment, a surcharge of ten percent (10%) of the amount of the currently outstanding debt pursuant to 28 U.S.C. § 3011(a).

3.     Defendant's last known address is:  1216 Ludlow Street,  Hamilton, OH  45011.

4.     Not less than 30 days has elapsed since demand for payment of the above stated debt was made upon debtor.  The last demand notice for payment was October 13, 2006.  Since that time the judgment debtor has failed to pay the amount due.

5.     The Garnishee is believed to have possession of property (including but not limited to nonexempt disposable earnings), in which the judgment debtor has a substantial nonexempt interest, and will owe the money or property to the judgment debtor.

6.     The name and address of the Garnishee or its authorized agent is:

> Thyssen Krupp Bilstein of America
> 8685 Berk Blvd
> Hamilton, OH 45015

The requirements of Title 28 U.S.C. § 3205 (b) having been satisfied, Plaintiff, United States of America hereby requests the issuance of a Writ of Continuing Garnishment.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio  43215-2401
(614) 469-5715

2

## **CERTIFICATE OF SERVICE**

A true copy of the above and foregoing Application for a Writ of Continuing Garnishment

was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to by first

class mail, postage prepaid, this 18th day of December, 2006 to:


Karicko Tunstall
1216 Ludlow Street
Hamilton, OH  45011

Thyssen Krupp Bilstein of America
Attn: Human Resources
8685 Berk Blvd
Hamilton, OH  45015


s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney

3