IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO: CR-1-01-032 |
| vs. | ) |
| KARICKO TUNSTALL, | ) JUDGE WEBER |
| SSN: XXX-XX-7974 | ) |
| Defendant, | ) |
| and | ) |
| Thyssen Krupp Bilstein of America | ) |
| Garnishee. | ) |

## ORDER FOR A WRIT OF CONTINUING GARNISHMENT

Upon application of Plaintiff, the United States, for a Writ of Continuing Garnishment, the Court hereby finds that the application meets the requirements of Title 28 U.S.C. §3205, and grants Plaintiff's application.

**IT IS SO ORDERED**.

DATE: 1/8/07

_____
UNITED STATES DISTRICT JUDGE