IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

07 JAN 25 AM 11:07

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KARICKO TUNSTALL,<br><br>SSN: XXX-XX-7974<br>Defendant,<br><br>and<br><br>Thyssen Krupp Bilstein of America<br><br>Garnishee. | )<br>)<br>)<br>) CASE NO: CR-1-01-032<br>)<br>)<br>) JUDGE WEBER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ANSWER OF THE GARNISHEE

SANDRA Kieves, BEING DULY SWORN DEPOSES AND SAYS:
   (Affiant)

A.   That he/she is the Payroll Specialist (state official title, relationship, etc.) of Garnishee, Thyssen Krupp Bilstein of America.

B.   On 1-16-, 2007, Garnishee was served with the Writ of Continuing Garnishment. As of this date of service Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. __X__ Yes _____ No. (If the answer is yes, complete items 1 and 2 below):

1.   Debtor's pay period is _____ weekly, __X__ bi-weekly, _____ semi-monthly, _____ monthly. Enter the date the present pay period began. 12-31-06 ("Present" means the pay period in which this order and notice of garnishment were served) Enter the date the above pay period ends. 1-13-07

2. The amount of the Debtor's net wages are:
   a) Gross Pay                                    1080.81
   b) Federal Income Tax                             66.17
   c) F.I.C.A. Income Tax                            78.87
   d) State Income Tax                               27.37
   e) Total of tax withholdings      City            20.62    193.03
   f) Net Wages ( total is (a) less total of (e))            887.78

C. Have there been, or are there currently, other garnishments in effect? (Including, but not limited to, child support and alimony.) __X__ Yes _____ No.

   If the answer is yes, describe below.

   He has 5 support orders currently Active

D. In addition to earnings, the Garnishee has custody, control or possession of non-earnings property (such as commissions, bank accounts, stocks, etc.) in which the Debtor maintains an interest.

   _____ Yes __X__ No (If the answer is yes, describe below)

   | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
   | --- | --- | --- |
   | 1. | | |
   | 2. | | |
   | 3. | | |
   | 4. | | |

E. Garnishee anticipates owing to the Debtor in the future, the following amounts (non-earnings only):

   | Amount | Estimate Date or Period Due |
   | --- | --- |
   | 1. $ _____ | _____ |
   | 2. $ _____ | _____ |
   | 3. $ _____ | _____ |
   | 4. $ _____ | _____ |

F. Complete items 1 through 3 below, if applicable:

1. The Garnishee makes the following claim of exemption on the part of Debtor as indicated on the Claim for Exemption Form.

   _____
   _____
   _____

2. The Garnishee has the following objections, defenses or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Debtor upon Plaintiff's claim:

   _____
   _____
   _____

3. The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Garnishee has an interest; and is not liable as Garnishee in this action for the following reason(s):

   _____
   _____
   _____

G. The Garnishee delivered or mailed a copy of the original of this Answer by first-class mail to:

   (1) Clerk U.S. District Court
   U.S. Postoffice & Courthouse, Rm #103
   Cincinnati, OH  45202

   (2) the Debtor:
   Karicko Tunstall
   1216 Ludlow Street
   Hamilton, OH  45011

   (3) the attorney for the United States:

   Deborah F. Sanders
   Assistant United States Attorney
   Southern District of Ohio
   303 Marconi Boulevard, Suite 200
   Columbus, Ohio  43215-2401

   _Sandra Kuric_ - 513-881-7500
   Garnishee & Telephone Number

Subscribe and sworn to before me this __23__ day of __Jan.__, 2007.

_____
Notary Public
YOLANDA WOODS
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES 09-21-11
My Commission expires: 09/21/11