**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
|     **Plaintiff** ) | |
| ) | **CASE NO: CR-1-01-032** |
|     vs. ) | |
| ) | |
| **KARICKO TUNSTALL,** ) | **JUDGE WEBER** |
| ) | |
| **SSN: XXX-XX-7974** ) | |
|     **Defendant,** ) | |
| ) | |
|     **and** ) | |
| ) | |
| **Thyssen Kropp Bilstein of America** ) | |
| ) | |
|     **Garnishee.** ) | |

**CERTIFICATE OF SERVICE
ON GARNISHEE**

This is to certify under penalty of perjury that the following documents were mailed, by certified mail, return receipt requested, to the Garnishee, Thyssen Kropp Bilstein of America, Attn: Human Resources, 8685 Berk Blvd., Hamilton, OH 45015.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee; and

5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

Attached hereto is a copy of the return receipt card evidencing the receipt of said mailings on January 11, 2007.

        Respectfully submitted,

        GREGORY G. LOCKHART
        United States Attorney


        s/Deborah F. Sanders
        DEBORAH F. SANDERS (0043575)
        Assistant United States Attorney
        303 Marconi Boulevard, Suite 200
        Columbus, Ohio  43215
        (614) 469-5715