IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | )<br>)<br>) |
| vs. | ) CASE NO: CR-1-01-032<br>)<br>) |
| KARICKO TUNSTALL, | ) JUDGE WEBER<br>) |
| SSN: XXX-XX-7974<br>Defendant, | )<br>)<br>) |
| and | )<br>) |
| Thyssen Kropp Bilstein of America | )<br>) |
| Garnishee. | ) |

## RECEIPT OF SERVICE
## ON JUDGMENT DEBTOR

I, _Karicko Tunstall_ do hereby declare under penalty of perjury as provided by federal law, that on the _26th_ day of _February_, 2007 I received service of the following documents from the United States Attorney in case number CR-1-01-032:

1. Application for Writ of Continuing Garnishment;
2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions.
3. Writ of Continuing Garnishment;
4. Instructions to the Garnishee; and
5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

_Karicko Tunstall_
KARICKO TUNSTALL (Defendant)
1216 Ludlow Street
Hamilton, OH 45011

_Mark Grawe_
Mark Grawe, U.S. Probation Officer
Witness before me this _26th_ day of _February_, 2007