## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff ) | |
| ) | CASE NO: CR-1-01-032 |
|     vs. ) | |
| ) | |
| KARICKO TUNSTALL, ) | JUDGE WEBER |
| ) | |
| SSN: XXX-XX-7974 ) | |
|     Defendant, ) | |
| ) | |
|     and ) | |
| ) | |
| Thyssen Kropp Bilstein of America ) | |
| ) | |
|     Garnishee. ) | |

### PLAINTIFF'S MOTION TO QUASH THE GARNISHEE ORDER

Plaintiff, United States of America, pursuant to 28 U.S.C. §3205(10), respectfully moves this Honorable Court to quash the Garnishee Order (Doc. # 308) filed on March 14, 2007 in the above captioned case. Plaintiff received payment in full of the above referenced debt on March 26, 2007. Therefore, it is respectfully requested that the Garnishee Order against the property of Karicko Tunstall be quashed.

    Respectfully submitted,

    GREGORY G. LOCKHART
    United States Attorney

    s/Deborah F. Sanders
    DEBORAH F. SANDERS (0043575)
    Assistant United States Attorney
    Southern District of Ohio
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio 43215-2401
    (614) 469-5715

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Motion to Quash the Garnishee Order was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to by first class mail, postage prepaid, this 26th day of April, 2007 to:

Karicko Tunstall
1216 Ludlow Street
Hamilton, OH  45011

Thyssen Krupp Bilstein of America
Attn: Human Resources
8685 Berk Blvd
Hamilton, OH  45015

                                             s/Deborah F. Sanders
                                             DEBORAH F. SANDERS (0043575)
                                             Assistant United States Attorney