IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff )<br>) | CASE NO: CR-1-01-032 |
| vs. ) | |
| KARICKO TUNSTALL, ) | JUDGE WEBER |
| SSN: XXX-XX-7974 )<br>Defendant, ) | |
| and ) | |
| Thyssen Kropp Bilstein of America ) | |
| Garnishee. ) | |

## ORDER QUASHING THE
## GARNISHEE ORDER

Upon Plaintiff's Motion to Quash Garnishee Order (Doc. #308) and pursuant to the provisions of 28 U.S.C. §3205(10), and for good cause showing that the Garnishee in this action is in no manner liable as Garnishee,

**IT IS HEREBY ORDERED** that the Garnishee Order against the property of Karicko Tunstall be quashed.

Date: 4/30/07

_____
UNITED STATES DISTRICT JUDGE